No. 240. COVELLO v. UNITED STATES, *ante,* p. 879. The Solicitor General is requested to file a response to petition for rehearing within 30 days. MR. JUSTICE MARSHALL took no part in the entry of this order.

No. 1162, Misc. SOGOIAN v. CRAVEN, WARDEN;
No. 1182, Misc. RAWLS v. BLACKWELL, WARDEN;
No. 1216, Misc. LONEY v. BREWER, WARDEN;
No. 1251, Misc. VINSON v. ARIZONA ET AL.; and
No. 1253, Misc. COLLINS v. UNITED STATES. Motions for leave to file petitions for writs of habeas corpus denied.

No. 988, Misc. WALTZ v. DAVIS, CLERK OF THE UNITED STATES SUPREME COURT. Motion for leave to file petition for writ of mandamus denied.

No. 515. UNITED STATES ET AL. v. GIFFORD-HILL-AMERICAN, INC., ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Griswold* and *Assistant Attorney General McLaren* for petitioners. *Stanley E. Neely* for Gifford-Hill-American, Inc., and *Julian O. von Kalinowski* for United Concrete Pipe Corp., respondents.

No. 628. SCHACHT v. UNITED STATES. C. A. 5th Cir. Motion for leave to file petition for writ of certiorari out of time granted. Certiorari granted. THE CHIEF JUSTICE, MR. JUSTICE STEWART, and MR. JUSTICE WHITE would deny the motion. *Arthur Mandell* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.